**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES of AMERICA,       )<br>                                 )<br>      Plaintiff,                 )<br>                                 )     No. CR 04-646 PHX RCB<br>      vs.                        )<br>                                 )          O R D E R<br>ENRIQUE DELGADO-ENCINAS,         )<br>                                 )<br>      Defendant.                 )<br>_____) | |

    After pleading guilty to Illegal Reentry after Deportation (doc. ## 14-16), Defendant was sentenced to a term of imprisonment of forty-one months to be followed by a term of supervised release of thirty-six months (doc. # 28).  He is now serving his term of imprisonment at a federal correctional facility in California City, California.  Currently pending before the Court is Defendant's Motion for an Order to Adjudicate Probation and/or Supervised Release and Sentence Imposed in the Interest of Justice (doc. # 39) filed on November 18, 2005.  The Government opposes the motion.  Resp. (doc. # 40).  Defendant has not filed a reply memorandum and the time to serve and file a reply memorandum has now passed.  <u>See</u>

1  LRCiv 7.2(c) and App. A ("Time Chart").  Having carefully
2  considered the arguments raised, the Court now rules.

3       Defendant apparently seeks revocation of his term of
4  supervised release in favor of an additional term of imprisonment
5  to run concurrent to that presently being served.  See Mot. (doc. #
6  39) at 2.  As the Government correctly notes, the Court is without
7  jurisdiction to revoke Defendant's term of supervised release at
8  this time.  Resp. (doc. # 40) at 1.  Because the Court's power to
9  revoke a term of supervised release requires a finding that a
10 condition of such release has been violated, see 18 U.S.C. §
11 3583(e)(3), Defendant's present request is premature as no such
12 violation can occur until the term of supervised release has begun.
13 Moreover, Defendant would not have standing to move for revocation
14 of his term of supervised release on the basis that he has violated
15 a condition of such release, because it is the duty of the
16 probation officer to report such violations.  See 18 U.S.C. §
17 3603(8)(B).  Therefore,

18      IT IS ORDERED that Defendant's Motion for an Order to
19 Adjudicate Probation and/or Supervised Release and Sentence Imposed
20 in the Interest of Justice (doc. # 39) is DENIED.

21      DATED this 10th day of February, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and to Defendant Enrique Delgado-Encinas (Reg # 20686-008) at California City Correctional Center, P.O. Box 3001-0001, California City, CA 93504.